LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
TIEN THE LE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIEN THE LE,

    Defendant.

Case No.: CR S-08-449 WBS

STIPULATION AND ORDER TO CONTINUE TRIAL AND TRIAL CONFIRMATION HEARING.

    The undersigned parties to this action, defendant TIEN THE LE, through his appointed counsel Lindsay Anne Weston, and the government, through Assistant United States Attorney Heiko P. Coppola, hereby stipulate and request that the trial date in this matter currently set for December 13, 2011, at 9:00 a.m. be continued to February 22, 2012, at 9:00 a.m., and the trial confirmation hearing currently set for November 7, 2011, at 9:30 a.m. be continued to January 23, 2012, at 9:30 a.m.

    This continuance is made by the defense and is necessary to allow counsel sufficient time to adequately review additional discovery provided by the government, to consult with the defendant regarding the same, and to prepare for trial. The defendant was charged in an initial

////

////

- 1

indictment with conspiracy to manufacture at least 1000 marijuana plants and manufacturing at least 1000 marijuana plants. On September 1, 2011, a superseding indictment was filed adding a third charge of mail fraud, to which the defendant pleaded not guilty on September 2, 2011. A jury trial was set for December 13, 2011, and a trial confirmation hearing set for November 7, 2011. On September 21, 2011, the government provided defense counsel with 8,000 pages of new discovery in addition to the nearly 2,000 pages already provided, and stated additional new discovery was in possession of the case agent and available for inspection. The defendant is not in custody and requires the services of a Cantonese interpreter for both court appearances and to consult with counsel. Defense counsel requests a continuance of the trial date in order to complete review and inspection of the voluminous amount of new discovery, to investigate the case, to review the new discovery with her client and consult with him regarding his decision to proceed to trial in light of the new discovery, and to adequately prepare for trial. If the case proceeds to trial, the parties estimate the case will take approximately one week to try.

It is further stipulated that the time between December 13, 2011, and February 22, 2012, be excluded from the calculation of time under the Speedy trial Act. The parties submit that the ends of justice are served by the Court excluding such time so that defense counsel may have

////

////

////

////

reasonable time for necessary investigation and effective preparation taking into account the exercise of due diligence to pursuant to 18 U.S.C. §3161(h)(7)(A) and (B)(iv) and Local Code T4.

Dated: October 31, 2011              Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Tien The Le


Dated:                               BENJAMIN B. WAGNER
                                     United States Attorney

/s/ Heiko Coppola
_____
HEIKO P. COPPOLA
Assistant United States Attorney


**ORDER**

**IT IS SO ORDRED**.

Dated: November 2, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE