WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Minh Vihn Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:08-CR-00449-WBS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| MINH VIHN LE and | ) | |
| CUONG THE LE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

      With the Court's permission, plaintiff United States of America, by and through its

counsel, Assistant United States Attorney Jason Hitt, and defendant Minh Vihn Le, by and

through his attorney, William J. Portanova, and defendant Cuong The Le, by and through his

attorney, Dan Koukol, hereby stipulate that the date of defendants' sentencing, now set for

February 4, 2013 at 9:30 a.m. be continued to April 8, 2013, at 9:30 a.m.

      This brief continuance is necessary so that the parties can continue to address certain

matters concerning Sentencing.

///

///

///

///

**IT IS SO STIPULATED.**

Dated: January 31, 2013                 /s/ William J. Portanova
_____
WILLIAM J. PORTANOVA
Attorney for Defendant Minh Vihn Le

Dated: January 31, 2013                 /s/ Dan Koukol
_____
DAN KOUKOL
Attorney for Defendant Cuong The Le

Dated: January 31, 2013                 /s/ Jason Hitt
_____
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   January 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE