```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  JASON HITT
    JILL M. THOMAS
 3  Assistant U.S. Attorneys
    501 I Street, Suite 10-100
 4  Sacramento, California 95814
    Telephone: (916) 554-2751
 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  Case No. 2:08-cr-0449 WBS
                                 )
12           Plaintiff,          )  GOVERNMENT'S MOTION TO DISMISS
                                 )  COUNT THREE OF THE SUPERSEDING
13       v.                      )       INDICTMENT AGAINST
                                 )    DEFENDANT TIEN LE AND
14  TIEN THE LE,                 )       [PROPOSED] ORDER
                                 )
15           Defendant,          )     [FED. R. CRIM. P. 48(a)]
                                 )
16                               )
    _____)
17
```

     The United States of America, by and through its attorneys of
record, Assistant United States Attorneys Jason Hitt and Jill M.
Thomas, hereby moves for an order dismissing Count Three (only) of
the Superseding Indictment against defendant Tien LE pursuant to
Federal Rule of Criminal Procedure 48(a). This motion is made in the
interests of justice because the government has developed evidence
suggesting certain elements of that crime cannot be proven beyond a
reasonable doubt. This information has been provided to defense
counsel in the form of pretrial disclosure of a recent interview with
government witness Tony LE. In that interview, Mr. Tony LE indicates
that defendant Tien LE may not have been aware of all aspects of the

1

criminal conduct that is the subject of Count Three in the Superseding Indictment.

For these reasons, the undersigned respectfully requests that the Court enter an Order dismissing Count Three (only) of the Superseding Indictment against defendant Tien LE in Case No. 2:08-cr-0449 WBS in the interests of justice pursuant to Rule 48(a). The United States intends to proceed to trial on Counts One and Two of the Superseding Indictment.

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 12, 2013        By: /s/Jason Hitt
                             JASON HITT
                             Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

Count Three of the Superseding Indictment against defendant Tien LE in Case No. 2:08-cr-0449 WBS is hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a).

DATED: March 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE