**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
　1477 Drew Avenue, Suite 106
　Davis, California 95618
　Telephone: 530.759.0700
　Facsimile: 530.759.0800

**Attorney for Defendant**
**TONY LE**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08 – 449-01 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR IMMEDIATE RELEASE OF DEFENDANT PURSUANT TO SENTENCING** |
| vs. | |
| TONY LE, | |
| Defendant. | |

　　　　Defendant TONY LE ("Tony Le"), by and through undersigned counsel, and the United States, by and through its counsel, Jason Hitt, hereby stipulate that Tony Le has completed his entire sentence and should be released from custody of the United States Marshal's Office.

　　　　On April 8, 2013, Tony Le appeared before this Court in the above captioned matter. This Court granted the Government's motion pursuant to U.S.S.G. § 5K1.1 and sentenced Tony Le to a sentence of **48 months** incarceration.

　　　　As Tony Le has been in continual custody of the United States Marshal's Office since October 17, 2008, for a total of **53 months and 22 days in custody**, the parties agree and stipulate that the defendant has completed his entire sentence of incarceration and should be released forthwith.

**IT IS SO STIPULATED.**

Dated: April 8, 2013                Respectfully submitted,

                                      By: ___/s/ Joseph J. Wiseman___
                                      JOSEPH J. WISEMAN
                                      Attorney for Defendant
                                      TONY LE

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      By: ___/s/ Jason Hitt___
                                      JASON HITT
                                      Assistant United States Attorney

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the United States Marshals Service release the defendant, TONY LE, from custody as he has completed his entire sentence of incarceration.

Dated: April 08, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE