ALICE W. WONG, SBN 160141
JERRY L. CHONG, SBN 68757
LAW OFFICES OF JERRY L. CHONG and ALICE W. WONG
6313 Elvas Avenue
Sacramento, CA 95819
Tel: (916) 443-7398
awong@jcawlaw.com

Attorneys for Hung The Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

               Plaintiffs,

vs.

HUNG THE LE

               Defendant.

**CASE NO. 2:08-CR-00449-WBS**

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE JUDGMENT AND SENTENCING DATE TO AUGUST 12, 2013**

      Plaintiff, the United States by Assistant United States Attorney, Mr. Jason Hitt, and defendant Hung The Le by his attorney Alice W. Wong, all stipulate and agree that the judgment and sentencing calendared for **Monday, July 8, 2013, at 9:30 a.m.** before the Honorable Senior United States District Court Judge, William B. Shubb, may be continued to **Monday, August 12, 2013, at 9:30 a.m.** The Court's availability on this date, August 12, 2013, has been confirmed.

The Parties need additional time to prepare for judgment and sentencing in this matter due to work schedule and conflicts and the ability to schedule a meeting with defendant, HUNG THE LE and an interpreter.

DATED: July 3, 2013 /s/ JASON HITT
_____
JASON HITT
Assistant United States Attorney

DATED: July 3, 2013 /s/ ALICE W. WONG
_____
ALICE W. WONG
Attorney for Defendant Hung The Le

Therefore, good cause appearing and the Parties' agreement and stipulations as set forth herein, the judgment and sentencing in this matter is continued to August 12, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: July 3, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE