DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**CUONG LE**

# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00449-WBS-5 |
| Plaintiff, | ORDER TO EXONERATE BOND |
| vs. | |
| CUONG LE, | |
| Defendant. | |

The Court finds that Mr. Le was released pursuant to a $100,000.00 property bond which he posted to the Clerk of the Court. On September 6, 2011, Mr. Le entered a guilty plea to Count 1 of the Indictment subject to Rule 11(c)(1)(C). On April 8, 2013, the Court sentenced Mr. Le to imprisonment for a term of 46 months on Count 1. Mr. Le surrendered to the custody of the Bureau of Prisons on June 4, 2013.

/ /

/ /

/ /

/ /

/ /

Therefore, it is hereby ORDERED that the $100,000.00 property bond posted in this case is ordered exonerated and the Clerk of the Court is directed to reconvey to the sureties, Cuong T. Le and Kun A. Lo. *See* Exhibit A for Legal Description of Real Property posted on behalf of Mr. Le.

Dated: July 24, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**Exhibit A**

Lott 111, as shown on the map entitled "Countrywide Unit No. 4-B, A portion of Parcel 2,94 P.M. 31" Recorded July 22, 1997, In Book 177 of Maps, Page 2.

Assessors Parcel Number:115-0870-027