JAMES R. GREINER, ESQ.
CALIFORNIA STATE BAR NUMBER 123357
LAW OFFICES OF JAMES R. GREINER
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
TIEN THE LE

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR.-S-NO.-08-449–WBS |
| PLAINTIFF, | |
| v. | STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE JUDGMENT AND SENTENCING TO TUESDAY, OCTOBER 15, 2013 |
| TIEN THE LE, et al., | |
| DEFENDANTS. | |

Plaintiff, the United States of America, by Assistant United States Attorneys, Mr. Jason Hitt, and Ms. Jill Thomas and defendant Tien The Le by his attorney James R. Greiner, all stipulate and agree that the Motion for New Trail (Docket # 216) and Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket # 215) and Judgment and Sentencing date calendared for **Monday, August 26, 2013**, at 9:30 a.m. before the Honorable Senior United States District Court Judge, William B. Shubb, can be vacated.

The parties, Plaintiff, the United States of America, by Assistant United States Attorneys, Mr. Jason Hitt, and Ms. Jill Thomas and defendant Tien The Le by his attorney James R. Greiner, all stipulate and agree that the Motion for New Trail

1

(Docket # 216) and Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket # 215) and Judgment and Sentencing may be continued to Tuesday, October 15, 2013.

The Court's availability on this date, Tuesday, October 15, 2013, has been confirmed.

## BACKGROUND

On March 26, 2013, the jury returned a verdict of Guilty on Court one and a Not Guilty verdict on Court two.

The defense has filed both a Motion for New Trail (Docket # 216) and Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket # 215), and a Sentencing Memorandum (Docket # 246) which the governments needs time to respond to and the defense needs time to reply to and which the parties agree to this extension of time for the briefing as well as for briefing on the Judgment and Sentencing. The parties are exercising good faith and reasonableness and the extension of time under the circumstances of this case the parties agree is reasonable.

## AMENDED SCHEDULE

The parties agree to the following amended schedule for briefing in this case:

Judgment and Sentence and Hearing on Defense Motions October 15, 2013

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

DATED: 8-22-13          /s/ JASON HITT
_____
JASON HITT,
JILL THOMAS
ASSISTANT UNITED STATES ATTORNEYS

DATED: 8-22-13          /s/ JAMES R. GREINER

James R. Greiner
Attorney for Defendant
TIEN THE LE

(Proposed) **ORDER**

**THE COURT MAKES THE FOLLOWING FINDINGS:**

The Court finds request of the parties to be reasonable under the totality of the circumstances of this case and therefore adopts the request of the parties as follows:

Judgment and Sentence and Hearing on Defense Motions October 15, 2013

**Further, the Court Orders that the Judgment and Sentence date of Monday, August 26, 2013, be vacated.**

**IT IS SO ORDERED.**

DATED: August 22, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE