ALICE W. WONG, SBN 160141
JERRY L. CHONG, SBN 68757
LAW OFFICES OF JERRY L. CHONG and ALICE W. WONG
6313 Elvas Avenue
Sacramento, CA 95819
Tel: (916) 443-7398
awong@jcawlaw.com

Attorneys for Hung The Le

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiffs,

vs.

HUNG THE LE,

          Defendant.

CASE NO. 2:08-CR-00449-02 WBS

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE THE JUDGMENT AND SENTENCING DATE TO NOVEMBER 4, 2013**

Plaintiff, the United States by Assistant United States Attorney, Mr. Jason Hitt, and defendant Hung The Le by his attorney Alice W. Wong, all stipulate and agree that the judgment and sentencing calendared for **Monday, October 28, 2013, at 9:30 a.m.** before the Honorable Senior United States District Court Judge, William B. Shubb, may be continued to **Monday, November 4, 2013, at 9:30 a.m.** The Court's availability on this date, November 4, 2013, 2013, has been confirmed.

The Parties need additional time to prepare for judgment and sentencing in this matter due to work schedule and conflicts and the ability to schedule a meeting with defendant, HUNG THE LE and an interpreter.

DATED: October 10, 2013 /s/ JASON HITT
_____
JASON HITT
Assistant United States Attorney

DATED: October 10, 2013 /s/ ALICE W. WONG
_____
ALICE W. WONG
Attorney for Defendant Hung The Le

Therefore, good cause appearing and the Parties' agreement and stipulations as set forth herein, the judgment and sentencing in this matter is continued to November 4, 2013 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 10, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE