1 | BENJAMIN B. WAGNER
United States Attorney
2 | JASON HITT
JILL M. THOMAS
3 | Assistant United States Attorneys
501 I Street, Suite 10-100
4 | Sacramento, CA 95814
Telephone: (916) 554-2700
5 | Facsimile: (916) 554-2900

6

7 | Attorneys for Plaintiff
United States of America
8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00449 WBS |
|---|---|
| Plaintiff, | **AMENDED** STIPULATION AND [~~PROPOSED~~] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S POST-TRIAL MOTIONS AND SENTENCING DATE |
| v. | |
| TIEN THE LE, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, stipulate and agree that the briefing schedule and sentencing date should be reset. This stipulation refers to defendant's Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket Entry No. 215) and Motion for New Trial (Docket Entry No. 216), as well his date for Judgment and Sentencing on October 15, 2013. The parties, after consultation with the Court's Deputy Clerk, respectfully request the following schedule:

        Government's Oppositions:      December 16, 2013

        Defendant's Reply Briefs:       December 23, 2013

        Hearing on Motions and J&S:     January 13, 2014, at 9:30 a.m.

STIPULATION AND [PROPOSED] ORDER         1

| | |
|---|---|
| 1 | The government has been working diligently to complete briefing on defendant's pending |
| 2 | motions and sentencing objections. In addition, defendant's counsel will be engaged in a significant, |
| 3 | complex jury trial before Judge Mueller beginning in the middle of October. It is expected to last for a |
| 4 | number of weeks. Both parties request additional time to properly brief the pending motion and prepare |
| 5 | for sentencing in this case. |
| 6 | IT IS SO STIPULATED. |

BENJAMIN B. WAGNER
United States Attorney

Dated: October 10, 2013

/s/ JASON HITT
JASON HITT
Assistant United States Attorney

Dated: October 10, 2013

/s/ JAMES R. GREINER, Esq.
JAMES R. GREINER, Esq.
Counsel for Defendant, authorized to sign for Mr. Greiner on October 10, 2013

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1. The briefing schedule on defendant's Motion to Vacate the Jury Verdict and Judgment of Acquittal (Docket Entry No. 215) and Motion for New Trial (Docket Entry No. 216), is revised as follows:

| | |
|---|---|
| Government's Oppositions: | December 16, 2013 |
| Defendant's Reply Briefs: | December 23, 2013 |
| Hearing on Motions and J&S: | January 13, 2014, at 9:30 a.m. |

2. Defendant's date for Judgment and Sentencing is reset for January 13, 2014, at 9:30 a.m.

**IT IS SO ORDERED**.

Dated: October 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE